

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00743-CR

Sylvia **COVARRUBIAS-MONTES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 20-11-08163-MCRAJA
Honorable Amado J. Abascal III, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE VALENZUELA, AND JUSTICE BRISSETTE

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED March 31, 2025.

_____
Lori Massey Brissette, Justice